1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

WILLIAM CONNOR, et al.,

CASE NO. C20-1720JLR

11

Plaintiffs,

ORDER

v.

12

WALMART INC., et al.,

13

Defendants.

14

15      Before the court is the parties' stipulated motion for protective order.  (Stip. Mot.

16  (Dkt. # 12).)  Local Rule LCR 26(c)(2) provides that "parties that wish to depart from

17  [this district's] model [protective] order must provide the court with a redlined version

18  identifying departures from the model."  Local Rules W.D. Wash. LCR 26(c)(2).  Here,

19  the parties have neither provided a redlined version of this district's model protective

20  order nor stated that their proposed stipulated protective order does not depart from the

21  district's model order.  (*See generally* Stip. Mot.)  Accordingly, the court ORDERS the

22  parties to file a redlined version of their stipulated protective order that identifies any

1    departures from the district's model protective order.  The parties shall file the redlined

2    version of the stipulated protective order by no later than Monday, April 19, 2021.  The

3    Clerk is DIRECTED to renote the parties' stipulated motion for protective order (Dkt.

4    # 12) to April 19, 2021.

5        Dated this 13th day of April, 2021.

6

7

           _____

8            JAMES L. ROBART
           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2